UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-60651-BB

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

TERE AUTO SERVICES INC., a Florida
Profit Corporation d/b/a PEERLESS AUTO
BODY and PEERLESS HOLDINGS INC.,
a Florida Profit Corporation

    Defendant(s).
_____/

**NOTICE OF SETTLEMENT**

    The undersigned counsel hereby files this Notice of Settlement and gives notice to this Honorable Court that the Parties have resolved the outstanding issue of attorneys' fees, costs and expenses.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-60651-BB

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

TERE AUTO SERVICES INC., a Florida
Profit Corporation d/b/a PEERLESS AUTO
BODY and PEERLESS HOLDINGS INC.,
a Florida Profit Corporation

      Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 21, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff